# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PERRY,<br><br>    Petitioner,<br><br>    vs.<br><br>HARTLEY,<br><br>    Respondent.<br>_____/ | 1:08-cv-00715-OWW-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME T4O FILE A RESPONSE TO ORDER TO SHOW CAUSE<br><br>(DOCUMENT #4)<br><br>THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). On July 18, 2008, the Court issued an order to show cause why the petition should not be dismissed as untimely. (Doc. 3). On August 8, 2008, Petitioner filed a motion to extend time to file a response to the order to show cause.

    Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty (30) days from the date of service of this order in which to file a response to the order to show cause.

IT IS SO ORDERED.

Dated: **August 18, 2008**             /s/ Theresa A. Goldner
                                                                       UNITED STATES MAGISTRATE JUDGE